[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Lyle B Pogofsky                                    )
_____                  )
                                                   )
_____ ,                )
                                                   )
**Plaintiff(s),**                                  )
                                                   )
**vs.**                                            )     **Case No.**
                                                   )
Chicago Police Department: Det. Thomas B Sweeney,  )
Sgt. Christopher Regan,Sgt.James Regan,            )     1:25-cv-03611
Off Irvinder Perez, Sgt. Victor Rivera, Sgt.Hector Marino, )  Judge Jeremy C. Daniel
Det.Brian Collins, Det. Antonio Ramirez jr.,       )     Magistrate Judge Laura K. McNally
Off. Anthony Famiglietti                           )     RANDOM / Cat. 2
                                    _____ , )
                                                   )
**Defendant(s).**                                  )

**BC**

**RECEIVED**
4/3/2025   AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is    Lyle B Pogofsky                                        .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.  Defendant, _Chicago Police Department: Det. Thomas Brian Sweeney,Sgt. Christopher Regan,Sgt.James Regan, Öff Irvinder Perez, Sgt. Victor Rivera, Sgi.Hector Marino, Det.Brian Collins, Det. Antonio Ramirez jr., Oft. Anthony Famiglietti_, is

(name, badge number if known)

☑ an officer or official employed by **Chicago Police Department** ;

(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

acted is _Cook County_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.  On or about _7-23-2024_____, at approximately _6:23_____ ☐ a.m. ☑ p.m.

(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _Chicago_____

_____ , in the County of _Cook_____,

State of Illinois, at _1212 N Lasalle Drive Chicago, IL 60610_____,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☑  arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☑  searched plaintiff or his property without a warrant and without reasonable cause;

☑  used excessive force upon plaintiff;

☑  failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☑  failed to provide plaintiff with needed medical care;

☑  conspired together to violate one or more of plaintiff's civil rights;

☑  Other: _____

_____

_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8.  Plaintiff was charged with one or more crimes, specifically:

Assault
_____

Criminal Damage to Property
_____

_____

_____

_____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐  are still pending.

☑  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐  Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.  Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

Video and evidence including the swatting, assault, and wrong ful arrest can be seen at www.pogofskytrust There is video of the entire incident posted on my site www.pogofskytrust.com This includes Officer Perez stalking me and trying to arrest me with a fake mental health body writ. As well as the original swatting incident where over a dozen tactical officer swarmed my condo with Guns pointed at me and made me crawl down the hall while they jumped on top of me and. Arrested me. This was while I was bleeding, I was never read my rights and they wouldn't tell me why I was arrested. They handed me a cook county eviction order as I was being handcuffed.I was refused medical attention and had to take myself to the er the next day with a ripped stitches and An infection from being put in a cell with urine and feces all night with a 12 stich wound ripped open and Bleeding. While in custody Collins asked if I owned a firearm and went into my condo and took my foid card and legally owned firearm and searched and read through legal paperwork. He tried to get the combination to my safe. When I was released the next day officers Irvinder Perez and Victor Rivera were waiting for me At my door telling me I needed to turn over my firearm's immediately. I immediately met with the Chicago FBI again. A fake name was put on the arrest Sheet. I showed up and charges were dropped and still no justification. They now have used a body writ to take control of condo. All of this was retaliation for a complaint I filed with copa month earlier which was assigned to internal affairs

11.  Defendant acted knowingly, intentionally, willfully and maliciously.

12.  As a result of defendant's conduct, plaintiff was injured as follows:

12 stitches which were ripped open and became infected, a permanent scar Damage done to my spine as I was recovering from surgery and now need a replacement surgery.Posted a picture of me online from the wrongful arrest to embarrass and defame me.Sent internal affairs to steal my foid card from my wallet and confiscate all my legally owned firearms. Calls, texts,emails, and body writs

13.  Plaintiff asks that the case be tried by a jury.  ☑ Yes      ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.     ☑*(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature:     _____

Plaintiff's name *(print clearly or type)*:   Lyle B Pogofsky_____

Plaintiff's mailing address:   1680 Colombia Circle unit 4_____

City  Bartlett_____     State  IL_____     ZIP     60103_____

Plaintiff's telephone number: (      )  3129194499_____.

Plaintiff's email address *(if you prefer to be contacted by email)*:  Pogofsky@icloud.com___

_____

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☑No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Chicago Police Internal affairs 2024-0005986 (retaliated)

–CHICAGO POLICE (multiple)3/22/2024 original RD JH197237 Event 2408204530

–COOK COUNTY STATES ATTORNEY (multiple)

–ILLINOIS ATTORNEY GENERAL (2024-00193253)

–F.B.I. Chicago Field Office (Several)

–I.R.S. , Criminal Division 10/21/2024 Downers Grove

–COPA  (Detective Thomas Sweeney,  Anthony Famiglietti,)

–INTERNAL AFFAIRS (7/11/24) (Detective Thomas Sweeney/Tony Famiglietti,)

2024-0005986 (COPA Assigned complaint to internal affairs to Irvinder Perez, Hector Marino, & Victor Rivera who retaliated for the complaint with the swat incident, illegal search, assault, wrongful arrest, stalking, kidnapping, revoking my FOID card, theft,and more) Hector Marino owns a home in Park Ridge with his wife and Sweeney's sister.

–COPA, Office of Police Accountability 2024-0008659

**\*Sgt. Victor Rivera (13011)** Mt. Greenwood resident,

(Involved with real estate & mortgage fraud)

1248 W 61st Street Chicago

**\*Officer Irvinder Kaur Perez(7453)**

Called and text me**.** Showed up at my door with a fake body writ after calling me the night before by mistake, asking for my mom.  She was with Victor Rivera when they were stalking me the day after I was released, waited for me at my door.  Than came up to my condo to get guns after I went to the FBI.

(Involved with the real estate, title, & mortgage fraud)

**\*Det Brian Collins(16773)**set up the swat and covered his face) Drove by my building to apologize and ask how my leg was,told me to make sure I show up for court.

**\*Sgt Hector Marino**, Internal affairs complaint assigned to him, Victor Rivera, & Irvinder Perez. wife lives in park ridge, owns property with Sweeney.

**\*Sgt. Antonio Ramirez Jr.(2136)** This guy was at the swatting and also called my name in court for the wrongful arrest after they arrested/ charged me.

**\*Sgt. Christoper Regan**, (Runs real estate co.)(Was at swatting & showed up with fake body writ.) Was on the phone with my uncle and me.

**\*Sgt. James Regan,** (Fat Guy)(desk Sgt) (related to Other Regan)(Was at swatting, wouldn't take my complaint weeks earlier, and came by my cell when I was supposed to be released gave me a dirty look and left me there until the shift change and didn't tell the new sgt.

**\*Det.Thomas Brian Sweeney(20087)** Showed up at my door with 2 other cops about Fergie Jenkins wife kathie, threatened me, told me to turn over bank statements,TEXTS, emails and other private financials on the spot and that I shouldn't

**\*Det.Thomas Brian Sweeney(20087)** Showed up at my door with 2 other cops about Fergie Jenkins wife kathie, threatened me, told me to turn over bank statements,TEXTS, emails and other private financials on the spot and that I shouldn't leave town. Wouldn't provide a report or any details. I recognized one of the cops from a picture at my brothers wedding a few months earlier, I believe the photo was of him, chicago cut owner, and Mike Clevinger. And Fergie Jenkins was at Chicago Cut for a free dinner a few days before. My brothers friends with the owner and arranged for fergie to have a free dinner, Tony Famiglietti, and those other cops hangs out there. Than emailed me he can't share the police report. Immediately Filed a complaint with COPA

And alerted cubs general counsel, COPA assigned it to internal affairs.

\*Off Tony Famiglietti (friends with brother, buddies with Sweeney and others)

-OFFICE OF INSPECTOR GENERAL, CHICAGO 12/17/2024(Jane Kaufman)

-OFFICE OF INSPECTOR GENERAL, ILLINOIS 3/4/2025 (25-00545)

-SEC/JP MORGAN(Ben Pogofsky)

-Illinois Securities Exchange (Ben Pogofsky) (Agent Michael Aubin)

-ARDC (Attorney reg/disciplinary) (Saul Caisman, Kurt Muller, plus 8 others)

-FTC, Fed trade Comm. (Erich Muellner)

-IDFPR, (Erich Muellner)

-CFPB, Consumer Financial Protection Bureau 241220-17547767

-Illinois Association of Realtors (Erich Muellner)

-Cook County Sheriff Office of Professional Review (2/18/25)

-Lake County States Attorney (2/3/25)

**\*Det.Thomas Brian Sweeney(20087)** Showed up at my door with 2 other cops about Fergie Jenkins wife kathie, threatened me, told me to turn over bank statements,TEXTS, emails and other private financials on the spot and that I shouldn't leave town. Wouldn't provide a report or any details. I recognized one of the cops from a picture at my brothers wedding a few months earlier, I believe the photo was of him, chicago cut owner, and Mike Clevinger. And Fergie Jenkins was at Chicago Cut for a free dinner a few days before. My brothers friends with the owner and arranged for fergie to have a free dinner, Tony Famiglietti, and those other cops hangs out there. Than emailed me he can't share the police report. Immediately Filed a complaint with COPA

And alerted cubs general counsel, COPA assigned it to internal affairs.

\*Off Tony Famiglietti (friends with brother, buddies with Sweeney and others)

-OFFICE OF INSPECTOR GENERAL, CHICAGO 12/17/2024(Jane Kaufman)

-OFFICE OF INSPECTOR GENERAL, ILLINOIS 3/4/2025 (25-00545)

-SEC/JP MORGAN(Ben Pogofsky)

-Illinois Securities Exchange (Ben Pogofsky) (Agent Michael Aubin)

-ARDC (Attorney reg/disciplinary) (Saul Caisman, Kurt Muller, plus 8 others)

Sgt. David Gibson

Let tactical team to arrest me. Drive by my building the following day asking how my leg was. Saying "Sorry" they sent us a video, and saying your condos in a trust we didn't know. I told him this is messed up, he said make sure u show up for the court, you have a lawyer right? Stole my foid card and legally owned firearms. They also stole a receipt for a firearm I traded in. Perez told me she needed that receipt days later to close the investigation. Along with Rivera & Perez

SGT Regan

I went into the station to file a police report months ago about my mezzuzah being ripped off my door. He would not file take the police report, he told me to just write it down on a piece of paper it's the same thing. He was in the videos at my condo after I was arrested. He also walked up to my cell while I was laying on the floor and was supposed to be released. The cell was all the way at the end and had a camera, all the other cells closer to the front were empty. The officer that took my photos was wearing a shirt from Mcgrath down the street. (An employee shirt)

1 of 2



**COOK COUNTY SHERIFF'S OFFICE**
**OFFICE OF PROFESSIONAL REVIEW**
**COMPLAINT REGISTER**

## GENERAL INFORMATION

| NAME (LAST, FIRST, M.I.): | AGE: | BIRTH DATE: | | WORK/OTHER #: | HOME ADDRESS: |
|---|---|---|---|---|---|
| Pogofsky, L Bradley | 48 | 10/17/76 | | | 1212 N Lasalle #704 |

| CITY: | STATE: | ZIP CODE: | STATE IDENTIFICATION/DRIVER LICENSE #: | STATE OF ISSUANCE: |
|---|---|---|---|---|
| Chicago | IL | 60610 | P2⬛⬛⬛6 | Illinois |

## COMPLAINT INFORMATION

| DATE OF INCIDENT: | TIME OF INCIDENT: | LOCATION OF INCIDENT: |
|---|---|---|
| 12/11/24 | 9:30am | 1212 N lasalle drive Chicago, IL 60610 |

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER OR LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE THE COMPLAINT:

Names and badge numbers were not provided even after asking. I have video footage of 4 sheriffs(plus 3 in the background), the lead being a hispanic male with braces, along with 2 female officers, and 4 others.I have video surveillance of all of them in my home searching it while they surrounded me on my couch , one with a baseball bat and the others clinching there fists and shining flash lights in my eyes.

## WITNESS INFORMATION
*(Provide contact information for any witnesses you wish to be contacted during the investigation.)*

| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
|---|---|---|---|---|---|
| bradley pogofsky | 1212 lasalle | chicago | il | 60610 | 312⬛⬛⬛⬛ |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | QTY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |

## NARRATIVE
*(Provide a full detailed account of your complaint and the nature of the incident)*

On 12/11/24 ay 9AM. I had five Cook County sheriffs banging on my door along with building manager Ronald Gadinci. I opened t door to ask what was going on. They said this is an eviction. We ´re taking you into custody. They came in. searched the apartment handcuffed me and took me in a squad car to the daly center via underground entrance. I was not allowed to take my wallet, a jacket, meds, or any other necessities I was wearing sweatpants and a sweatshirt. I was told I´ m not being arrested.i would be right back. I was processed put in a holding cell and apparently these officers felt as though I put my hands on them which never happened I never went near them or anyone in the jail. On the Zoom call was the building attorney Wendy Durbarri, rob ss-and-so, my mother Linda Pogofsky from her condo in Florida, and a judge, Eve Riley. I was told I was there because a body attachment was filed, and that I had not relinquished all of legally owned firearms. I had done this several months earlier to the satisfaction of the police department and had a receipt. Duri the zoom call, my mother did not speak much and had a blank stare on her face. when she was asked to speak, a man appeared on the screen and whispered something to her, it was her boyfriend, Saul Caisman, who is an attorney and apparently lives with her how. I was told that the eviction case is a separate matter and will not be discussed, apparently that I´ m not involved in, and I was inquired to relinquish my firearms again . Within 48 hours they would be released which I had relinquished my firearms 48 hours and that I should carry around the chancery court ord until I appear on January 6 at 9:30 AM. When my prints were run and came up clear I was released about five hours later and had walk home. From the Daley center in sweatpants and no coat to get home. When I was arrested, I was told to contact a man who was in the lobby waiting for me named Erich. Only Given a phone number/first name and told to contact him to get my items after I g out. I did call Eric as I was walking home in the freezing cold to let him know that I was on my way back to retrieve some clothing and prescriptions and get in my car and go somewhere until I could consult an attorney . Upon arriving home, I was told that I was trespassing and then I could not get my car or I got anything from my apartment including medication or essentials. Basically that I needed to walk away with only my clothes on my back and nothing to start rebuilding cold weather. A police officer was called and then a officer escorted me to the garage so I was able to get my car and leave. Still only having a drivers license. no money, no clothes, and no medication. The medication I needed for blood pressure ,spinal cord/neck injury and surgery, which needs to be corrected and causes constant pain. I was able to have a family member bring me cash so that I could put some gas in my car and drive to a friend´ s to sleep for the night..Mueller did not give me any documents about an eand he appears to be a realtor who for my brother ben pogofsky. this only other listing was his. I have been calling and texting this man for over a week and he will not allow me to get necessaties from my condo. He was inside my condo and sent me picture from my bedroom, disconnected my security feed, and accessed my computer and hard drive. I have contacted the CPD, CC Sheriff, and everyone else to get back into my unit. Still unable to get back into my home of 20 years. I was not allowed to mention the eviction on zoom

☐ **CONTINUE ON ADDITIONAL PAGE**

On 12/11/24 ay 9AM. I had five Cook County sheriffs banging on my door along with building manager Ronald Gadinni. I opened t door to ask what was going on. They said this is an eviction. We're taking you into custody. They came in, searched the apartment handcuffed me and took me in a squad car to the daly center via underground entrance. I was not allowed to take my wallet, a jacket, meds, or any other necessities I was wearing sweatpants and a sweatshirt. I was told I'm not being arrested i would be right back, I was processed put in a holding cell and apparently the attorneys who filed the body writ were contacted, and a zoom was arrang in the jail. On the Zoom call was the building attorney Wendy Durban, rob so-and-so, my mother Linda Pogofsky from her condo in Florida, and a judge, Eve Riley. I was told I was there because a body attachment was filed, and that I had not relinquished all of legally owned firearms. I had done this several months earlier to the satisfaction of the police department and had a receipt. Duri the zoom call, my mother did not speak much and had a blank stare on her face, when she was asked to speak, a man appeared on the screen and whispered something to her, it was her boyfriend, Saul Caisman, who is an attorney and apparently lives with her now. I was told that the eviction case is a separate matter and will not be discussed, apparently that I'm not involved in, and I was required to send the court notice that I had relinquished my firearms within 48 hours and that I should carry around the chancery court ord until I appear on January 6 at 9:30 AM. When my prints were ran and came up clear I was released about five hours later and had walk home. From the Daley center in sweatpants and no coat to get home. When I was arrested, I was told to contact a man who was in the lobby waiting for me named Erich. Only Given a phone number/first name and told to contact him to get my items after I g out. I did call Eric as I was walking home in the freezing cold to let him know that I was on my way back to retrieve some clothing and prescriptions and get in my car and go somewhere until I could consult an attorney . Upon arriving home, I was told that I was trespassing and then I could not get my car or I get anything from my apartment including medication or essentials. Basically that I needed to walk away with no money no coat and nowhere to go in freezing cold weather, . The police were called and the offic escorted me to the garage so I was able to get my car and leave. Still only having a drivers license, no money, no clothes, and no medication. The medication I needed for blood pressure ,spinal cord/neck injury and surgery, which needs to be corrected and causes constant pain. I was able to have a family member bring me cash so that I could put some gas in my car and drove to a friend's to sleep for the night.,Muellner did not give me any documents about an e and he appears to be a realtor who for my brother ben pogofsky. His only other listing was his. I have been calling and texting this man for over a week and he will not allow me to get neccessities from my condo. He was inside my condo and sent me picture from my bedroom, disconnected my security feed, and accessed my computer and hard drive. I have contacted the CPD, CC Sheriff, and everyone else to get back into my unit. Still unable to get back into my home of 20 years, and I am not allowed to mention the evixction on zoom

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**



| COMPLAINANT SIGNATURE | PRINT NAME: L Bradley Pogofsky | DATE: 2/26/25 |
|---|---|---|

Please email/mail a completed and signed complaint form to: Email:
CCSO.OPR@CCSHERIFF.ORG
Mail: Office Of Professional Review
3026 South California Ave
Chicago IL, 60608

(FCN-31)(APR 21)

Ramiro Covarrubias JR Complaint



**COOK COUNTY SHERIFF'S OFFICE**
OFFICE OF PROFESSIONAL REVIEW
COMPLAINT REGISTER

## GENERAL INFORMATION

| NAME (LAST, FIRST, M.I.): | AGE: | BIRTH DATE: | HOME #: | WORK/OTHER #: | HOME ADDRESS: |
|---|---|---|---|---|---|
| Pogofsky Brad | 48 | 10/17/76 | 3129194499 | | 1212 N Lasalle |

| CITY: | STATE: | ZIP CODE: | STATE IDENTIFICATION/DRIVER LICENSE #: | STATE OF ISSUANCE: |
|---|---|---|---|---|
| Chicago | Il | 60610 | P212 | Illinois |

## COMPLAINT INFORMATION

| DATE OF INCIDENT: | TIME OF INCIDENT: | LOCATION OF INCIDENT: |
|---|---|---|
| 10/16/2024 | 8:46pm | 1212 N Lasalle |

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER OR LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE THE COMPLAINT:

Ramiro Covarrubias JR, who was accompanied by two other deputies. Showed up at my door banging and shining lights in my face to serve me a short order order of protection from my brother Ben Pogofsky who I haven't seen or spoken with in 2 years. Deputy Ramiro Covarrubias JR had his weapon out and finger on the trigger during the entire conversation. I was told not to email or mention my brother Name. Besides having a gun pointed at me for no reason as I wasn't even wearing a shirt. This officer Ramiro Covarrubias JR was also involved in the swatting and false arrest Which has been reported separately. There is video surveillance of this man which will also be submitted

## WITNESS INFORMATION
*(Provide contact information for any witnesses you wish to be contacted during the investigation.)*

| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
|---|---|---|---|---|---|
| Bradley Pogofsky | 1213 n Lasalle | Chicago | Il | 60610 | 3129194499 |
| NAME: Deputy Patel | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | QTY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |

## NARRATIVE
*(Provide a full detailed account of your complaint and the nature of the incident)*

Ramiro Covarrubias JR, who was accompanied by two other deputies. Showed up at my door banging and shining lights in my face to serve me a short order order of protection from my brother Ben Pogofsky who I haven't seen or spoken with in 2 years. Deputy Ramiro Covarrubias JR had his weapon out and finger on the trigger during the entire conversation. I was told not to email or mention my brother Name. Besides having a gun pointed at me for no reason as I wasn't even wearing a shirt. This officer Ramiro Covarrubias JR was also involved in the swatting and false arrest
Which has been reported separately. There is video surveillance of this man which will also be submitted. Standing in front of me rocking back and forth with his gun out and hand on the trigger.

☐ **CONTINUE ON ADDITIONAL PAGE**

PLEASE BE AWARE THAT IF YOU HAVE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

| COMPLAINANT'S SIGNATURE | PRINT NAME: Brad pogofsky | DATE: 3/11/2025 |
| --- | --- | --- |

Please email/mail a completed and signed complaint form to: Email:
CCSO.OPR@CCSHERIFF.ORG
Mail: Office Of Professional Review
3026 South California Ave
Chicago IL, 60608

(FCN-31)(APR 21)























2024-07-23 18:17:12

















## Form 1 (top)

**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 10/09)

INV NO **15560815**  PKG NO 6444135  UNIT 018  INVENTORY NO. **15560815**  WARRANT NO.

DATE RECOVERED **23-JUL-2024**  RD **JH358853**  RE-INVENTORY OF:

**Notice to Property Owner**

### DESCRIPTION OF PROPERTY

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 319520 | 1 | GUN: Firearm - Safe Keeping GLOCK 17 GEN 4 BLACK STEEL |
| 319520 | 1 | GUN: Magazine, stripper clip, moon clip : BLACK MAGAZINE CONT UNK ROUNDS |
| 319520 | 1 | GUN: Firearm accessory(t:x:scope,laser sig : BROWN COLOR HOLSTER |

COMMENTS:

$ INVENTORY AMT

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

### EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date **14-AUG-2024**
Court Branch **29-2**

CURRENCY:

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

IUCR: **0486**  **BATTERY SIMPLE**  CHARGE TYPE: **MISDEMEANOR**
STATE CHARGES: **720 ILCS 5.8/12-3-A-2**  INCHOATE: **OFFENSE AS CITED**

RECOVERED/SEIZED FROM - NAME  **POGOFSKY, BRADLEY**  AT **1212 N LA SALLE DR**  BEAT OF RECOVERY **1821**
☐ DECEASED  ☒ ARRESTED  **CHICAGO, IL 60610**

OWNER'S NAME  **POGOFSKY, BRADLEY**  ADDRESS **1212 N LA SALLE DR**  TELEPHONE NO.
**CHICAGO, IL 60610**

FOUND BY - NAME  **COLLINS, BRIAN**  Star: **16773**  ADDRESS  TELEPHONE NO.
☒ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

| | | STAR NO. | UNIT | 1st OFFICER'S NAME | STAR NO. |
|---|---|---|---|---|---|
| ☒ | HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - **COLLINS, BRIAN** 16773 | 018 | **COLLINS, BRIAN** | 16773 |
| ☐ | PROPERTY AVAILABLE FOR RETURN TO OWNER | | | SIGNATURE **Electronic Approval** | UNIT 018 |
| ☐ | TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | 2nd OFFICER'S NAME **SIERZEGA, WILLIAM** | STAR NO. 10352 |
| | INITIAL DESTINATION OF PROPERTY: **ERPS** | | | SIGNATURE **Electronic Approval** | UNIT 018 |

**ARRESTEE INFORMATION**

SEIZURE WITHOUT SEARCH WARRANT: (725 ILCS 5/108-2) GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT : (725 ILCS 5/108-10) ATTACH THIS COPY TO SEARCH WARRANT.

VIA: ☒ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL  APPROVING DESK SERGEANT **RAMIREZ JR, ANTONIO**  STAR NO. **2136**  DATE **23-JUL-2024**  TIME **22:47**
☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN

Created by: PC0AU11

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Printed by: PCDAW11  24-JUL-2024 16:38

---

## Form 2 (bottom)

**PROPERTY INVENTORY - NO.**
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 10/09)

INV NO **15561318**  PKG NO 6444708  UNIT 193  INVENTORY NO. **15561318**  WARRANT NO.

DATE RECOVERED **24-JUL-2024**  RD **JH360089**  RE-INVENTORY OF:

**Notice to Property Owner**

### DESCRIPTION OF PROPERTY

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 12185942 | 1 | |

COMMENTS:

$ INVENTORY AMT

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

### EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date
Court Branch

CURRENCY:

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

IUCR: **5114**  **NON-CRIMINAL FOID - REVOCATION**  CHARGE TYPE:
STATE CHARGES:  INCHOATE:

RECOVERED/SEIZED FROM - NAME **POGOFSKY, BRADLEY**  AT **1212 N LA SALLE DR Apt 704**  BEAT OF RECOVERY **1821**
☐ DECEASED ☐ ARRESTED  **CHICAGO, IL 60610**

OWNER'S NAME  **POGOFSKY, BRADLEY**  ADDRESS **1212 N LA SALLE DR Apt 704**  TELEPHONE NO.
**CHICAGO, IL 60610**

FOUND BY - NAME  **RIVERA, VICTOR**  Star: **13011**  ADDRESS  TELEPHONE NO.
☒ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

| | | STAR NO. | UNIT | 1st OFFICER'S NAME | STAR NO. |
|---|---|---|---|---|---|
| ☒ | HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - **RIVERA, VICTOR** 13011 | 193 | **RIVERA, VICTOR** | 13011 |
| ☐ | PROPERTY AVAILABLE FOR RETURN TO OWNER | | | SIGNATURE **Electronic Approval** | UNIT 193 |
| ☐ | TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | 2nd OFFICER'S NAME **PEREZ, IRVINDER** | STAR NO. 7453 |
| | INITIAL DESTINATION OF PROPERTY: **FORENSIC SERVICES DIVISION** | | | SIGNATURE **Electronic Approval** | UNIT 193 |

**ARRESTEE INFORMATION**

SEIZURE WITHOUT SEARCH WARRANT- (725 ILCS 5/108-2) GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT - (725 ILCS 5/108-10) ATTACH THIS COPY TO SEARCH WARRANT.

VIA ☒ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL  APPROVING DESK SERGEANT **BALTAZAR, ROBERTO**  STAR NO. **1500**  DATE **24-JUL-2024**  TIME **16:59**
☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN

Created by: PC0X922

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Printed by: PC0X922  24-JUL-2024 17:06





Photo posted online by the Chicago Police Department & Internal Affairs



**Name**

BRADLEY L POGOFSKY

**Age**

47

**Arrested By**

CHICAGO POLICE DEPARTMENT

Paperwork given to me after 1st false arrest. (See surveillance video)

Location: Court reserves
This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info

# DISTRICT PRETRIAL RELEASE CONDITIONS
## CHICAGO POLICE DEPARTMENT
### FOR THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Defendant Name (Last): POGOFSKY  (First): BRADLEY  (Middle Initial): L

Address: 1212 N. LaSALLE DR  Apt. No. 704  City/State/Zipcode: CHICAGO IL 60610

Defendant Preferred Method of Court Communication:

- [ ] Email:_____
- [ ] Text:_____
- [ ] Phone call:_____
- [ ] Other:_____

Would you like to be enrolled in the Cook County automated court reminder system?

- [ ] Yes, send court reminders by: [ ] Text  [ ] Phone Call
  Phone number:_____
- [ ] No, I do not wish to be enrolled in the Cook County automated court reminder system.

Required Standard Pretrial Release Conditions for **ALL** Charges:

**725 ILCS 5/110-10(a)**
- [x] Appear in court to answer the charge as ordered until discharged or final order of the court.
- [x] Submit to the orders and process of the court.
- [x] Not violate any criminal statute of any jurisdiction.

**725 ILCS 5/110-12**
- [x] File written notice with the clerk of the court of any change in address within 24 hours after such change or, if charged with a forcible felony, within 24 hours prior to such change.

### VIOLATION OF THE CONDITIONS OF PRETRIAL RELEASE MAY RESULT IN A FINE, ARREST, OR JAIL.

**STATEMENT OF THE DEFENDANT:** I acknowledge receipt of this notice. I understand and accept the terms and conditions set forth above. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

Defendant's Signature: _____  Date: 24 JUL 24  Hour: _____  [x] a.m. [ ] p.m.

| RD Number | CB Number | IR Number |
|---|---|---|
| JH358853 | 030374895 | 1301554 |

| Chapter | Section | Of The | Offense | Citation, Complaint, or Indictment Number |
|---|---|---|---|---|
| 720 | 5.0/ 12-3-A-2 | ☒ Illinois Compiled Statutes<br>○ Municipal Code | BATTERY - PHY CONTACT | |
| 720 | 5.0/ 21-1-A-1 | ☒ Illinois Compiled Statutes<br>○ Municipal Code | CRIM DAMAGE TO PROP | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |
| | | ○ Illinois Compiled Statutes<br>○ Municipal Code | | |

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:

Address (Number and Street): 5555 W. GRAND AVE  City/Town/Village: CHICAGO  Illinois

Branch No. 29-2  in Room No. ___  on AUGUST 14, 2024  at 9:00  [x] a.m. [ ] p.m.

Hour_____ [x] a.m. [ ] p.m.  Department Member who prepared form:

Date 07/24/24
Month Day Year

Print Name: SGT MC GIASON  Signature: _____  Star No. 1309  Unit 018

CPD-21.256 (12/22)

**Distribution: (White) - Court, (Yellow) - CPD Court Section, (Pink) - Defendant, (Goldenrod) - District.**



Paperwork given to me from 2nd wrongful arrest. (Also on video)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Chancery

DIVISION

**COPY**

The LaSalle Private Residences

_condominium_,

**Petitioner,**

Docket No.: 2024CH06469

-vs-

Calendar No.: 7

Lyle Bradley Pogofsky, et al.

**Respondent.**

## REMAND/COMMITMENT/RELEASE ORDER
### BY ORDER OF COURT

**THIS MATTER** coming before the Court on a body attachment entered earlier by the court; the Court hav
jurisdiction and being advised on the premises:

**THE COURT FINDS:** [ ] Bradley Pogofsky is to email Frost
[ ] that he relinquished his weapons to
[ ] the Chicago Police Department to
the Calendar 7 email within 48 hours.

**IT IS HEREBY ORDERED:**

[X] Respondent is to be released from the custody of the Cook County Sheriff on this case only.
[ ] This matter is hereby continued to __1/6/25__ at __9:30__ (a.m.)/p.m. in Calendar __7__,
Room __2405__ at the Daley Center, 50 W. Washington, Chicago, Illinois 60602 for a hearing
on: __Status__.
[X] Petitioner is excused on the next court date.
[ ] Respondent must appear on the next court date; failure to appear after release shall result in the issuance o
body attachment.
[ ] Commitment is stayed until _____.
[ ] Respondent must remain current in his child support obligation of $_____ per_____.
[ ] Respondent shall pay a lump sum of $_____ to the Clerk of the Circuit Court on or
before_____.
[ ] The Respondent is to maintain a job diary until the next court date, with_____ entries per day. The job
diary must include: (a) name/address/telephone number of employer, (b) date of application; (c) position
applied for; (d) contact person; and (e) date of follow-up/follow-up contact person.
[ ] Job diary has been tendered to the Respondent in open court.
[ ] Respondent is on attire reded to the custody of the Sheriff of Cook County and shall not be released
until ca... amount of $_____.
... ed from the Sheriff's Bond Department to the Clerk of the Court for paym
... sonable phone calls to obtain bond.

Date: _____ Time: _____ Type: _____ Case #: _____
Location: ERICH
Circumstances:
847-361-7100

**SUBJECT**
☐Victim ☐Witness ☐Suspect ☐Other
Name:
DL#: _____ DOB: _____ SS#:
Sex: ____ Race: ____ HT: ____ WT: ____ Hair: ____ Eyes: ____
Address:
City: _____ State: ____ Zip:

**Judge Eve M. Reilly**

**DEC 1 1 2024**

**Circuit Court-2122**

DATE: _____

ENTERED: _____

JUDGE: ER 2122



When I was released from jail this was put on my door and I was told I could not enter the building or my condo by the Chicago police. Everything was stolen and removed from the condo.











– Per patient he has no history of SI/HI/psychiatric admission.
– I could find no evidence in this patient's medical record of SI/HI/psychiatric admission
– A letter was provided to this patient relating the results of my evaluation

– Patient provided me with several documents seemingly containing email transcripts of communications from the pts mother's email address that the pt related were actually sent form his brother threatening legal action if patient did not vacate his place of residence.  A cursory examination of these documents prompted me to recommend patient retain legal counsel immediately and contact municipal authorities for further guidance.

**ACTIVE PROBLEM LIST**
**Patient Active Problem List**
Diagnosis
 • Cervical spinal stenosis
 • Cervical spondylosis with myelopathy
 • Encounter for psychological evaluation
 • Encounter for screening colonoscopy



September 30, 2024

Lyle Bradley Pogofsky
1212 N LaSalle
Unit 704
Chicago IL 60610

To Whom It May Concern:

I have evaluated Lyle Bradley Pogofsky in my clinic and have found him to be in possession of his mental faculties. He is decisional and has capacity to make informed decisions regarding his health and personal affairs. A Montreal Cognitive Assessment (MoCA) was completed during his most recent clinic visit with a normal score, indicating intact cognitive function.

Based on my clinical judgement from my exposure to this patient he appears to be of sound mind.

Sincerely,

Matthew P. Hill, MD
Northwestern Medical Group
Primary Care Glenview

2701 PATRIOT BLVD
1ST FL
GLENVIEW IL 60026-9998
Phone: 847-535-7157
Fax: 847-998-9221

Page 1 of 1

The Pogofsky Ward Group

J.P.Morgan WEALTH MANAGEMENT

# The Pogofsky Ward Group

MEET OUR TEAM ›

21 S Clark Street
Suite 3200
Chicago, Illinois 60603
(312) 580-4199

ben.pogofsky@jpmorgan.com

- Awards
- About Us
- Team
- Insights

# Meet *Our* Team



### Ben Pogofsky

EXECUTIVE DIRECTOR
WEALTH ADVISOR

(312) 580-4199

ben.pogofsky@jpmorgan.com

VIEW PROFILE ›



### John A. Ward

WEALTH ADVISOR

(312) 580-4554

john.a.ward@jpmorgan.com

VIEW PROFILE ›



# About *John*

**John Ward is a Wealth Advisor at J.P. Morgan Wealth Management.**

As a founding member of The PHW Group, John collaborates with a range of affluent individuals in a variety of disciplines, including but not limited to, entrepreneurs, corporate executives, professional athletes, attorneys and successful business owners.

John's early career was spent as a commodities trader in the wheat pit at the Chicago Board of Trade, followed by years as a business consultant. He has been instrumental in assisting multiple enterprises in their capital raise, business development and leadership initiatives. John brings the benefits of his entrepreneurial spirit to the process of guiding his clients. Having built businesses from the ground up, he understands the hard-driven nature of successful clients and advises them on how to transform their years of hard work into a lasting legacy.

With a focus on building strong client relationships, John draws on his deep well of experience in brokerage and execution to help manage their assets across the balance sheet. He offers investment guidance, tailored for each client, that may include liquidity and advisory strategies, equities, fixed income, options, private equity and hedge funds.

He is a fourth-generation Chicagoan, growing up as the youngest among five siblings. While attending St. Ignatius College Prep, John was inspired by the Jesuit motto, "Men and Women for Others," instilling his core value of mentoring individuals and setting them on the path toward their personal and professional journeys.

A resident of the Chicago suburb of Glenview, John's three children are the biggest loves of his life. In his free time, he enjoys playing golf, attending concerts, sporting and charity events and dining out in Chicago's thriving restaurant scene.

# John Albert Ward

**CRD#: 7582880**

B   Broker *Regulated by FINRA*

IA   Investment Adviser ⓘ

**J.P. MORGAN SECURITIES LLC**
CRD#: **79**
CHASE TOWER CHICAGO
21 S. CLARK STREET / 10
SOUTH DEARBORN, FLOOR
32
CHICAGO, IL 60603 (+1)

| | |
|---|---|
| **1** Disclosure | **2** Years of Experience |
| **1** Firm | **55** State Licenses <br> **1** FINRA Registration |

## 🏢 Registration History



2026
2024
2022
2020
2018
2016
2014
2012
2010
2008

**2 FIRMS**
2023 - Present (2 years)



**From:** Bradley Pogofsky <~~[redacted]~~@gmail.com>
**Date:** June 20, 2024 at 11:27:14 AM CDT
**To:** Mike Aubin <Maubin@ilsos.gov>
**Cc:** Bradley Pogofsky <~~[redacted]~~@gmail.com>
**Subject: Financial Crimes CPD**

Download full resolution images
Available until Jul 20, 2024

Hi Mike

I had 2 guys show up at my door pretending to be financial crime detectives with the CPD. They were asking me for personal financial documents to be emailed to them. I emailed them to the person and asked for a copy of the report related, they were asking about Fergie Jenkins, they did not respond. I wasnt shown badges only given a card. They stood to the side of the door but my building has cameras. I did send them a few emails because i thought it was legit.

My brother has a new partner John Ward, who is involved with Chicago Cut and has a bunch of dirty cops that hang out there for free dinners. (He was in the restaurant biz and went broke and is a big drinker/drug guy)

I dropped Fergie as a client about a year and a half ago because he wasn't paying me & his new wife was doing some unethical stuff.

But my girlfriend just happened to send me a picture of Fergie the night before at Chicago cut. Which I thought was ironic.

They were asking for contracts, financials, PayPal accounts, emails from the Cubs president and legal council. It was weird. I offered to come into the station, they insisted i send it now.

 I don't think they were police officers. My girlfriend's father and brother are both Chicago police officers. And my grandfather was also.


Tap to Download
**Video.mov**
116.4 MB







This was the first contact I had when 3 detectives from the Chicago Police Financial crimes unit showed up at my door demanding personal financial documents and threatened me not to leave town. The complaint I made to copa was referred to internal affairs. This exchange is also on video surveillance



**From:** Bradley Pogofsky <██████fsky@gmail.com>
**Date:** June 21, 2024 at 7:18:31PM CDT
**To:** Ben Pogofsky <Ben.Pogofsky@jpmorgan.com>
**Cc:** Bradley Pogofsky <██████ky@gmail.com>
**Subject: Fwd: Financial Crimes CPD**

Don't worry. I still made my 1pm call with the investigative reporter who's apparently doing an article on you, Mike Clevenger, and Olivia Finestead. The piece is About abuse of women and children. And bully tactics.

The cease and assist letter you sent to this poor girl to scare her was all i needed to hear to offer my help.

I was happy to go on the record and help.

Bradley Pogofsky
C: ████████
E: ██████@gmail.com



**CHICAGO CUT STEAKHOUSE** at **CHICAGO CUT STEAKHOUSE**
Jun 18, 2024 · 🌐

We were honored and starstruck to host Hall of famer baseball legend and one of the best baseball pitchers ever,... See more

💬 **Send message**

👍❤️ 58                                    2 comments

👍 Like      💬 Comment      ↗ Share

I took fergie to Chicago cut as a favor to my brother Ben pogofsky the year before this, we brought them an autographed Cubs jersey, (which I paid for) they didn't give a shit about him and I got stuck paying an $800 bill. John Ward was there sitting at the bar while we ate. I have photos from that night as well.

 **realjward**



 Liked by **adamrussell36** and **128 others**

**realjward** What an amazing weekend celebrating The Pogofsky's!!!! @pogo22 @lolo_evanns

 **realjward** •••



 Liked by **adamrussell36** and **128 others**

**realjward** What an amazing weekend celebrating The Pogofsky's!!!! @pogo22 @lolo_evanns

View all 7 comments







**FUNERAL HOME**

Smith-Corcoran Chicago Funeral Home

6150 North Cicero Avenue

Chicago, Illinois

# Thomas Ward Obituary

Ward Sr., Thomas J. Retired Chicago Police Sgt. Beloved husband of Sally (nee Fitzgerald) for over 50 years; loving father of Maureen (Craig) Kirby, Thomas J. Ward, Jr., Elizabeth (Will) Ketcham, Michael (Patty) and John (Mary) Ward; dear Papa of Elizabeth, Andrew, William, Matthew, Michael, Cecilia, Charlie, Delaney, Will, Sally and Tommy; beloved brother of James (Joan), Bernard, Jack (Louise), Neil (Marge) and Susan (Jerry) Brown; fond uncle of many nieces and nephews. In lieu of flowers, memorial donations may be made to: the Chicago Police Memorial Foundation, 1407 W. Washington Blvd., Chicago, IL 60607, Midwest Palliative & Hospice, 2050 Claire Ct., Glenview, IL 60025 or to Misericordia Heart of Mercy, 6300 Ridge Rd., Chicago, IL 60660. Memorial Mass Friday, January 17, 10:00 a.m. at Queen of All Saints Basilica, 6280 N. Sauganash Ave., Chicago. Memorial visitation Thursday 2:00 p.m. - 8:00 p.m. at Smith-Corcoran Funeral Home, 6150 N. Cicero Ave., Chicago. Info 773-736-3833 or visit Tom's memorial at www.smithcorcoran.com.



To plant trees in memory, please visit the Sympathy Store.

Published by Chicago Sun-Times on Jan. 14, 2014.

## Body Writ

# PETITION FOR INVOLUNTARY/JUDICIAL INPATIENT ADMISSION

FILED)
9/17/2024 12:18 PM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2024CMH004536
Calendar, 2
<<CmsHearingStart>>

### STATE OF ILLINOIS

CIRCUIT COURT FOR THE __FIRST JUDICIAL CIRCUIT__ JUDICIAL CIRCUIT

__COOK__ COUNTY

IN THE MATTER OF

)
)
)
__LYLE POGOFSKY__ )
(Respondent)

Docket No. _____

Who is asserted to be a person subject to ___INVOLUNTARY___ In-patient admission to a facility
and for whom this petition

(judicial/involuntary)

is being initiated by reason of: (Select one or more, if applicable)

[ ] Emergency inpatient admission by certificate; (405 ILCS 5/3-600) The Respondent is currently detained in a
mental health facility or hospital; name of institution where detained: _____

[X] Inpatient admission by court order; (405 ILCS 5/3-700).

[ ] Voluntary admittee submitted written notice of desire to be discharged and two Certificates are attached
to/submitted with this petition; (405 ILCS 5/3-403).

[ ] Voluntary admittee failed to reaffirm a desire to continue treatment and two Certificates are attached
to/submitted with this petition; (405 ILCS 5/3-404).

[ ] Person continues to be subject to involuntary admission on an inpatient basis; (405 ILCS 5/3-813).

[ ] Emergency admission of the mentally retarded; (405 ILCS 5/4-400).

[ ] Judicial admission of the mentally retarded; (405 ILCS 5/4-500).

[ ] Developmentally disabled client or an interested person on behalf of a client submitted written
objection to admission; (405 ILCS 5/4-306).

[ ] Administrative client (or person who executed application) failed to authorize continued residence;
(405 ILCS 5/4-310).

[ ] Client continues to meet standard for judicial admission; (405 ILCS 5/4-611).

Page 1 of 5

[ ] Although I have indicated that I have a legal or financial interest in this matter or that I am involved in litigation with the respondent, I believe it would not be practicable or possible for someone else to be in petitioner for the following reasons:

[ X ] No certificate was attached with this petition because no physician, qualified examiner, or clinical psychologist was immediately available or it was impossible after diligent effort to obtain a certificate. However; I believe, as a result of my personal observation, that the respondent is subject to involuntary inpatient admission.

A diligent effort was made to obtain a certificate; but no physician, qualified examiner or clinical psychologist could be found who has examined or could examine the respondent; and a diligent effort has been made to convince the respondent to appear voluntarily for examination by a physician, qualified examiner or clinical psychologist, or I reasonably believe that effort would impose a risk of harm to the respondent or others.

[ ] One Certificate of Examination is attached.
[ ] Two Certificates of Examination are attached.

Did a peace officer detain respondent, take him or her into custody, and/or transport him or her to the mental health facility?
[ ] No  [ ] Yes; If yes, the peace officer MAY complete the petition or if the petition IS NOT COMPLETED by the peace officer transporting the person, the following information MUST be entered:

Transporting Officer's Name: _____ Badge Number: _____

Employer: _____

The petitioner can request to be notified if the facility director approves the recipient's request for voluntary or informal admission prior to adjudication. (405 ILCS 5/3-801) The petitioner may also request to be notified of the recipient's discharge under section 3-902(d) of the Mental Health and Developmental Disabilities Code. Failure to indicate a choice will be treated as a decision NOT to be notified.

[X] If the individual requests and is approved for voluntary or informal admission prior to adjudication, I wish to be notified
    using the contact information supplied below. (Hospital staff use form IL462-2203 for notification purposes).
[X] If the individual is discharged by the court, I wish to be notified using the contact information supplied below. (Hospital staff use form IL462-2208M for notification purposes).
[ ] I do not wish to be notified in either of the two situations described above.

The petitioner has made a good faith attempt to determine whether the recipient has executed a power of attorney for health care under the Powers of Attorney for Health Care Law or a declaration for mental health treatment under the Mental Health Treatment Preference Declaration Act and to obtain copies of these instruments if they exist.
I have read and understood this petition and affirm that the statements made by me are true to the best of my knowledge.
I further understand that knowingly making a false statement on this Petition is a Class A Misdemeanor.

Date: September 17, 2024           Signed: _____

Relationship to Respondent          Printed Name: LYNDA POGOFSKY

_____MOTHER_____                    Address: 1560 OAKWOOD AVE
                                            HIGHLAND PARK, IL 60035

                                    Telephone Number: (847)-867-0394

...AL INPATIENT ADMISSION
FILED
4/12/2024 12:18 PM

A GUARDIANSHIP AND ADVOCACY COMMISSION IS A STATE AGENCY WHICH CONSISTS OF THREE DIVISIONS: LEGAL ADVOCACY SERVICES, HUMAN RIGHTS AUTHORITY AND THE ...ICE OF THE STATE GUARDIAN. THE COMMISSION IS LOCATED AT:

...an Regional Office
...ttage Drive
...na, Illinois 62906
618/833-4897

Peoria Regional Office
5407 North University, Suite 7
Peoria, Illinois 61614
309/693-5001

East Central Regional Office
423 South Murray Road
Rantoul, Illinois 61866-2125
217/892-4611

Rockford Regional Office
4302 North Main Street
Rockford, Illinois 61103
815/987-7657

North Suburban Regional Office
9511 Harrison Avenue, FA101
Des Plaines, Illinois 60016
847/294-4264

West Suburban Regional Office
P.O. Box 7009
Hines, Illinois 60141-7009
708/338-7500

Metro East Regional Office
Pine Cottage
4500 College Avenue
Alton, Illinois 62002
618/462-4561

Equip for Equality, Inc. is an independent, not-for-profit organization that administers the federal protection and advocacy system to people with disabilities in Illinois. Equip for Equality, Inc., provides self-advocacy assistance, legal services, education, public policy advocacy, and abuse investigations. The offices are located at:

Northeastern Regional Office
20 N. Michigan, Ste 300
Chicago, IL 60602
800/537-2632 or 312/341-0022
TTY: 800/610-2779 Se habla español

West/Central Region
235 S. 5th Street
PO Box 276
800/758-0464 (Voice/TTY) 217/544-0464

Northwestern Region
1612 Second Avenue
PO Box 3753
Rock Island, IL 61204
800/758-6869 (Voice/TTY) 309/786-6868

Website: www.equipforequality.org

I certify that I provided respondents with a copy of this form.

[ ] English   [ ] Spanish   [ ] Other   Specify language: _____ on _____

Time: _____

Signature: _____

Title: _____

Printed Name: _____

Page 5 of 5

Within 12 hours of admission ... of this Petition (MHDD-1 ... ve explained the Rights of Admittee to the respondent and have provided him or her with a copy of it. I have also p... m or her with a copy of Rights of Individuals Receiving Mental Health and Developmens Services (MHDD-1) and ... plained those rights to him or her (405 ILCS 5/3-609)

Date/Time of Admission _____
To Mental Health Facility/Psychiatric Unit

Signed: _____

Printed Named: _____

Title: _____

## RIGHTS OF ADMITTEE

1. If you have been brought to this facility on the basis of this petition alone, you will not be immediately admitted, but will be detained for examination. You must be examined by a qualified professional within bours or be released.

2. When you are first examined by a physician, clinical psychologist, qualified examiner, or psychiatrist, you do not have to talk to the examiner. Anything you say may be related by the examiner in court on the issue of whether you are subject to involuntary or judicial admission.

3. At the time that you have been certified you will be admitted to the facility and a copy of the petition and certificate will be filed with the court. A copy of the petition shall also be given to you

4A. If you are alleged to be subject to involuntary admission (mentally ill) you must also be examined within 2 hours excluding Saturdays, Sundays, and holidays by a psychiatrist (different from the first examiner) or b... released. If you are alleged to be subject to involuntary admission the court will set the matter for a hearing

4B. If you are alleged to be subject to judicial admission (mentally retarded) the court will set a hearing upon re... of the diagnostic evaluation which is required to be completed within 7 days.

5A. If you are alleged to be subject to involuntary admission (mental ill) and if the facility director approves, yo... may be admitted to the facility as a voluntary admitted upon your request any time prior to the court hearing

The court may require proof that voluntary admission is in your best interest and in the public interest.

5B. If you are alleged to be subject to judicial admission (mentally retarded) and if they facility director approve... you may decide that you prefer to admit yourself to the facility rather than have the court decide whether you ought to be admitted. You may make the request for administrative admission at any time prior to the hearin... The court may require proof that administrative admission is in your best interest and the public interest.

6. You have the right to request a jury.

7. You have the right to request an examination by an independent physician, psychiatrist, clinical psychologist, or qualified examiner of your choice. If you are unable to obtain an examination, the court may appoint an examiner for you upon your request.

8. You have the right to be represented by an attorney. If you do not have funds or are unable to obtain an attorney, the court will appoint an attorney for you.

9. You have the right to be present at your court hearing.

10. As a general rule, you do not lose any of your legal rights, benefits, or privileges simply because you have b... admitted to a mental health facility (see your copy of the rights of Individuals)". However, you should know that persons admitted to mental health facilities will be disqualified from obtaining Firearm Owner's Identification Cards, or may lose such cards obtained prior to admission.

11. Information about the health care services you receive at a mental health or developmental disabilities facili... is protected by privacy regulations under the Health Insurance Portability and Accountability Act of 1996 (HIPPA) (P.O. 104-191) at 45 CFR 160 and 164. Your personally identifiable health information will only be used and/or released in accordance with HIPPA and the Illinois Mental Health and Development Disabilities Confidentiality Act [740 ILCS 110].

Page 4 of 5

assert that _____ **LYLE POGOFSKY** is (check all that apply)

FILED
8/17/2024 12:18 PM
CIRCUIT CLERK
COOK COUNTY, IL
2024COM 004536
Calendar. 2

[X] a person with mental illness who, because of his or her illness is reasonably expected, unless treated on an inpatient basis, to engage in conduct placing such person or another in physical harm or in reasonable expectation of being physically harmed;

[X] a person with mental illness who, because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious harm without the assistance of family or others, unless treated on an inpatient basis;

[X] a person with mental illness who, refuses treatment or is not adhering adequately to prescribed treatment; because of the nature of his or her illness is unable to understand his or her need for treatment; and if not treated on an inpatient basis, is reasonably expected based on his or her behavioral history, to suffer mental or emotional deterioration and is reasonably expected, after such deterioration, to meet the criteria of either paragraph one or paragraph two above;

[ ] an individual who is mentally retarded and unless treated on an in-patient basis is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future; and/or

[X] in need of immediate hospitalization for the prevention of such harm.

I base the foregoing assertion on the following (State in detail the signs and symptoms of mental illness displayed by the Respondent. Include prior diagnosis, treatment and hospitalizations. Describe any threats, behavior or pattern of behavior which support your complaint. Include personal observations that lead to your belief the Respondent is subject to involuntary admission. If additional space needed please attach a separate page or pages):

### SEE ATTACHMENT

Below is a list of all witnesses by whom the facts asserted may be proven (include addresses and phone numbers):

**LYNDA POGOFSKY 1560 OAKWOOD AVE HIGHLAND PARK, IL 60035 (847)-867-0394**
**SAUL CAISMAN 500 SOUTHEAST MISZNER BLDV. UNIT 905 BOCA RATON FL, 33432**
__224-430-3395__

Listed below are the names and addresses of the spouse, parent, guardian, or substitute decision maker, if any, and close relative or, if none, a friend of the respondent whom I have reason to believe may know or have any of the other names and addresses. If names and addresses are not listed below, I made a diligent inquiry to identify and locate those individuals and the following describes the specific steps taken by me in making this inquiry (additional pages may be attached as necessary):

**SEE ABOVE**

| | | |
|---|---|---|
| [X] I do | [ ] I do not | have a legal interest in this matter. |
| [ ] I do | [X] I do not | have a financial interest in this matter. |
| [ ] I am | [X] I am not | involved in litigation with the respondent. |

Begin forwarded message:

**From:** Lynda Pogofsky <lynda0529@gmail.com>
**Date:** September 20, 2024 at 9:21:59 AM CDT
**To:** Pogofsky L <bradpogofsky@gmail.com>
**Subject: Mold**

I am going to your condo today to check the mold in frig. If you are home at the time please do not be confrontational. I will knock.

Mom

Sent from my iPad

↩ Reply    → Forward




